THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROCKBROOK REALTY, LTD (10561 GOODNIGHT LANE), | § § § | |
| Plaintiffs | § § | |
| v. | § | CIVIL ACTION NO. 3:16-CV-2377-D |
| | § | |
| THE TRAVELERS LLOYDS INSURANCE COMPANY, | § § § | |
| Defendant. | § § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Rockbrook Realty, Ltd (10561 Goodnight Lane) ("Rockbrook") and Defendant The Travelers Lloyds Insurance Company ("Travelers") have resolved and settled all claims and issues between them. Therefore, Plaintiff and Defendant move that an Order be entered dismissing all causes of action asserted against The Travelers Lloyds Insurance Company in their entirety with prejudice to the refiling of same with each party bearing its own costs.

Respectfully submitted,

**WHYTE PLLC**

By: _/s/ Marc K. Whyte_
     Marc K. Whyte
     Texas State Bar No. 24056526
     mwhyte@shytepllc.com

1045 Cheever Boulevard, Suite 103
San Antonio, TX  78217
Telephone:    210-562-2888
Facsimile:    210-562-2873

    Michael Y. Kim
    (Local Counsel)
    Texas State Bar No. 24039960
    4264 West Lovers Lane
    Dallas, TX 75245
    Telephone: 214-357-7533
    Facsimile: 214-357-7531

**COUNSEL FOR PLAINTIFF ROCKBROOK REALTY (10561 GOODNIGHT LANE)**

**–and –**

**ZELLE LLP**

By: */s/ Jennifer L. Gibbs*
    James W. Holbrook, III
    Texas Bar No. 24032426
    jholbrook@zelle.com
    Jennifer L. Gibbs
    Texas Bar No. 24050656
    jgibbs@zelle.com
    Tyler J. McGuire
    Texas Bar No. 24098080
    tmcguire@zelle.com

901 Main Street, Suite 4000
Dallas, TX 75202-3975
Telephone: 214-742-3000
Facsimile: 214-760-8994

**COUNSEL FOR DEFENDANT THE TRAVELERS LLOYDS INSURANCE COMPANY**